UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. NIEVES, et al.,<br><br>　　　　　Defendants. | No.  2:19-cv-1792 KJM CKD P<br><br><br>ORDER |

　　　　Plaintiff is a prisoner who is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On June 5, 2020, the court ordered the United States Marshal to serve the complaint on defendant R. Rowland.  However, process directed to this defendant was returned unserved because CDCR indicated that defendant R. Rowland is unknown.  Plaintiff must provide additional information to serve this defendant.  Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The Clerk of the Court is directed to send plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed September 6, 2019;

1

1        2. Within sixty days from the date of this order, plaintiff shall complete and submit the
2   attached Notice of Submission of Documents to the court, with the following documents:
3           a. One completed USM-285 form for defendant R. Rowland;
4           b. Two copies of the endorsed complaint filed September 6, 2019; and
5           c. One completed summons form (if not previously provided) or show good cause
6   why he cannot provide such information.
7   Dated:  June 15, 2020

                                          _____
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE

12/call1792.8e

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY | No. 2:19-cv-01792-KJM-CKD |
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| D. NIEVES, et al., | |
| Defendants. | |

 Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

 \_\_\_\_  completed summons form

 \_\_\_\_  completed USM-285 form

 \_\_\_\_  copies of the _____

       Complaint

DATED:

              _____

              Plaintiff