UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>   Plaintiff,<br><br>   v.<br><br>D. NIEVES, et al.,<br><br>   Defendants. | No. 2:19-cv-1792 KJM CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion for an extension of time to reply to defendants' motion to revoke his in forma pauperis status. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 28) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a reply to defendants' motion to revoke his in forma pauperis status. Plaintiff is also granted thirty days to file an optional reply to defendants' opposition to plaintiff's motion to stay.

Dated: August 19, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/call1792.36