UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISIS JERMAINE CALLOWAY,<br><br>Plaintiff,<br><br>v.<br><br>D. NIEVES, et al.,<br><br>Defendants. | No. 2:19-cv-01792-KJM-CKD P<br><br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On February 2, 2021, plaintiff paid the remaining filing fee that the court ordered him to pay on January 21, 2021. Accordingly, defendants will now be required to answer the complaint.

    Therefore, IT IS HEREBY ORDERED that defendants shall file a responsive pleading within thirty days from the date of this order.

Dated: February 9, 2021

                                                                       CAROLYN K. DELANEY<br>
                                                                       UNITED STATES MAGISTRATE JUDGE

12/call1792.answer.docx

1