UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>    Plaintiff,<br><br>    v.<br><br>D. NIEVES, et al.,<br><br>    Defendants. | No. 2:19-cv-1792 KJM CKD (PC)<br><br><br><br>ORDER |

**GOOD CAUSE APPEARING**, Defendants' Ex Parte Motion for Relief from Court Reporter Physical Presence Requirement Under Fed. Rule Civ. P. 28 is **GRANTED**. The court reporter is not required to be in the same physical location as the Plaintiff during his deposition.

**IT IS SO ORDERED**.

Dated: September 1, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1