IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMISI JERMAINE CALLOWAY,**<br><br>                                                Plaintiff,<br><br>         v.<br><br>**D. NIEVES, et al.,**<br><br>                                                Defendants. | Case No. 2:19-cv-01792-KJM-CKD P<br><br>**ORDER** |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' First Motion to Modify the Scheduling order is **GRANTED**.  The last day to file any dispositive motions is now January 31, 2022.  All other dates in the discovery and scheduling order will remain the same.

Dated:  December 28, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE