UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY, | No. 2:19-cv-01792-KJM-CKD P |
| Plaintiff, | |
| v. | ORDER |
| D. NIEVES, et al., | |
| Defendants. | |

On September 27, 2021, the court entered an order limiting plaintiff's filings to one dispositive motion and one reply brief due to his history of filing voluminous, repetitious, and catch-all pleadings. See ECF No. 67 at 11-12. On October 22, 2021, plaintiff filed a motion for a temporary restraining order and preliminary injunction that is now pending before the district court judge. See ECF No. 85 (Findings and Recommendations). Despite the pendency of this motion and the court's order limiting his filings, plaintiff filed a 56 page catch-all pleading labeled as "Objections to Order and Request for Recusal."[1] ECF No. 91. On January 13, 2022, defendants filed their own objections to plaintiff's pleading requesting that the court strike it from the record as being filed in violation of a court order. ECF No. 92.

---

[1] The court has reviewed this filing and noticed that it contained a handwritten copy of the Confidential Supplement to Appeal Log Number CHCF-C-15-03339 that was the subject of a protective order. See ECF No. 85 at 2-3.

1

After reviewing the docket in this case, the court will grant defendants' request to strike plaintiff's Objections and Request for Recusal (ECF No. 91) from the docket as being filed in violation of a court order. Plaintiff is cautioned against continuing to disregard orders from this court. Any future violation of the court's September 27, 2021 order shall result in a recommendation that this case be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY ORDERED that plaintiff's Objections and Request for Recusal (ECF No. 91) are stricken from the docket as being filed in violation of a court order.

Dated:  January 20, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/call1792.strikepleading.docx