Rob Bonta, State Bar No. 202668
Attorney General of California
R. Lawrence Bragg, State Bar No. 119194
Supervising Deputy Attorney General
R. Lawrence Bragg, State Bar No. 119194
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7334
 Fax:  (916) 324-5205
 E-mail:  Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendants*
*Abu, Aungst, Luang, Nieves and Mim*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMISI JERMAINE CALLOWAY,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**D. NIEVES, et al.,**<br><br>                              Defendants. | 2:19-cv-01792-KJM-CKD<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Judge:          The Hon. Carolyn K. Delaney<br>Trial Date:    Not Set<br>Action Filed: September 6, 2019 |

**GOOD CAUSE APPEARING,** Defendants' motion for an extension of time to reply to Plaintiff's opposition to motion for summary judgment is granted.  Defendants' shall file their reply on or before April 15, 2022.

Dated:  April 6, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

SA2020301741
36056899.docx

1