UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY, | No. 2:19-cv-1792 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| D. NIEVES, et al., | |
| Defendants. | |

Plaintiff is a state inmate proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 29, 2021, the magistrate judge filed an order striking two of plaintiff's pleadings from the docket as filed in violation of a court order as well as findings and recommendations. ECF No. 85. The order and findings and recommendations were served on all parties and contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. On December 2, 2021, plaintiff filed objections to the findings and recommendations together with a request for reconsideration of the magistrate judge's order.[1] ECF No. 86.

---

[1] The filing date of plaintiff's request is determined using the prison mailbox rule. *See Houston v. Lack*, 487 U.S. 266 (1988).

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court agrees with the finding that plaintiff has not in his motion for temporary restraining order and/or preliminary injunction made the showing required to obtain injunctive relief and for that reason will adopt the recommendation that the motion be denied. Under E.D. Local Rule 303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the file, the court finds that the magistrate judge's order striking the two documents was neither clearly erroneous nor contrary to law.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 29, 2021, are adopted to the extent consistent with this order;

2. Plaintiff's motion for a temporary restraining order and/or preliminary injunction (ECF No. 78) is denied; and

3. Upon reconsideration, the order of the magistrate judge filed November 29, 2021, ECF No. 85, is affirmed.

DATED: August 18, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE