UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY, | No.  2:19-cv-01792-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| D. NIEVES, et al., | |
| Defendants. | |

On May 22, 2022, plaintiff filed a request for reconsideration of the magistrate judge's order filed May 13, 2022 granting plaintiff's motion for the production of videotape evidence. Under E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the file, the court finds that the magistrate judge's ruling was not clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 13, 2022, is affirmed.

DATED:  August 18, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1