ROB BONTA, State Bar No. 202668
Attorney General of California
R. LAWRENCE BRAGG, State Bar No. 119194
Supervising Deputy Attorney General
ANDREA R. SLOAN, State Bar No. 265421
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7362
 Fax:  (916) 324-5205
 E-mail:  Andrea.Sloan@doj.ca.gov
*Attorneys for Defendant D. Nieves*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMISI JERMAINE CALLOWAY,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**D. NIEVES, et al.,**<br><br>　　　　　　　　　　　　Defendants. | 2:19-cv-01792-KJM-CKD (PC)<br><br>**STIPULATION TO VACATE PRE-TRIAL STATEMENT DEADLINES; ORDER**<br><br>Judge:　　　　The Honorable Kimberly J. Mueller<br>Trial Date:　　Not Set<br>Action Filed: September 6, 2019 |

Plaintiff Jamisi Calloway and Defendant D. Nieves, through their respective counsel, stipulate as follows:

1. The parties stipulate to vacate the Pre-Trial Statement deadlines from the dates as presently scheduled:  Plaintiff's Pre-Trial Statement is presently due April 14, 2023; and Defendant's Pre-Trial Statement is presently due April 21, 2023.

2. The parties do not stipulate to the extension or vacating of any other presently scheduled deadlines or hearing dates.

3. Good cause for this stipulation is as follows.  The parties have actively litigated this matter through a merits-based motion for summary judgment.  (*See* ECF Nos. 108, 119.)  On March 8, 2023, the Court appointed pro bono counsel M. Greg Mullanax to represent Plaintiff for

the limited purpose of preparing for and attending a settlement conference.  (ECF No. 120.)  The Order vacated the Final Pre-Trial Conference set for April 28, 2023, and ordered the parties to contact the Court for a settlement conference date.  (*Id*. at 2.)  The parties have since discussed the case, exchanged documents informally, and contacted the Court for a settlement conference date.  A date has not yet been set, but the parties anticipate a date will be set to occur in the next few months.

     4.     Because the Court referred this matter to a settlement conference and vacated the Pre-Trial Conference, the parties request the Court likewise vacate the deadlines for the Pre-Trial Conference Statements in order to allow the parties to focus their efforts on settlement.  Should settlement not be achieved at the settlement conference, the parties request the Court re-set these deadlines, along with the Pre-Trial Conference hearing date.

     5.     Accordingly, this stipulation is made upon good cause to allow the parties to focus their efforts on settlement, instead of preparing their Pre-Trial Statements, which may later prove to be moot.

**IT IS SO STIPULATED.**

DATED:  March 30, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE