1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     JAMISI JERMAINE CALLOWAY,                 No.  2:19-cv-01792-DJC-CKD P

12                   Plaintiff,

13           v.                                  ORDER

14     D. NIEVES, et al.,

15                   Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights

18   action filed pursuant to 42 U.S.C. § 1983.  Following the partial denial of defendant Nieves'

19   motion for summary judgment, this case was referred to the court's ADR program for purposes of

20   scheduling a settlement conference.  See ECF No. 120.  A review of the docket indicates that the

21   court was unable to conduct a settlement conference in this matter on two separate occasions

22   based on plaintiff's non-compliance with his dialysis treatment.  See ECF No. 133 (Minute

23   Entry).   After the last failed attempt, the magistrate judge concluded that any further efforts to

24   conduct a settlement conference in this case "would be a waste of judicial resources" and

25   recommended that plaintiff be ordered to show cause why this case should not be dismissed based

26   upon his failure to prosecute.  ECF No. 133.

27          The undersigned has reviewed the history of this case and concurs that, at this juncture,

28   plaintiff shall be ordered to show cause why this case should not be dismissed in light of his

                                              1

1   failure to prosecute this matter.

2          Accordingly, IT IS HEREBY ORDERED that:

3          1. Within 30 days from  the date of this order, plaintiff shall show cause in writing why

4   this action should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure

5   41(b) based on plaintiff's failure to prosecute this case.

6          2. Plaintiff's failure to respond to this order shall result in a recommendation that this

7   action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

8   Dated:  November 20, 2023

9                                          _____
                                           CAROLYN K. DELANEY
10                                          UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15   12/call1792.osc

16

17

18

19

20

21

22

23

24

25

26

27

28