UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMASI JERMAINE CALLOWAY,<br><br>        Plaintiff,<br><br>v.<br><br>D. NIEVES, et al.,<br><br>        Defendants. | No. 2:19-cv-01792-DJC-CKD<br><br><br>ORDER |

Defendant has filed a status report indicating that Plaintiff's application for compassionate release was granted on September 11, 2025, and that Plaintiff will be released within 30 calendar days of that date. (*See* ECF No. 164.) Within fifteen days of his release, Plaintiff is ordered to update his mailing address and inform the Court if he would like to set a trial date for this case.

IT IS SO ORDERED.

Dated:  **September 12, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE