UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>                   Plaintiff,<br><br>v.<br><br>D. NIEVES, et al.,<br><br>                   Defendants. | No. 1:19-cv-01792-DJC-CKD<br><br><br>ORDER |

The Court is currently awaiting an update from Plaintiff Jamisi Jermaine Calloway regarding his release and updated address.  In the interim, the Court addresses two motions previously filed by Plaintiff in the lead-up to trial.  These two motions are (1) a "motion for appointment of referral to the pro bono program for assistant [sic] of counsel for trial[,]" (ECF No. 144 at 1), and (2) a motion to secure the appearance of witnesses (ECF No. 149).  In both cases, the Court denies these motions as moot without prejudice to their renewal.

During the Final Pretrial Conference held on August 15, 2025, Plaintiff requested that the Court refrain from setting a trial date or any associated dates due to Plaintiff's belief that he was likely to secure compassionate release.  Plaintiff was granted compassionate release on September 11, 2025. (*See* ECF No. 164.)  Given the changing circumstances as a result of Plaintiff's release, along with the fact that the

1  Court has vacated all trial dates and not yet held a Final Status Conference, the Court

2  will deny these motions at this time as moot without prejudice to Plaintiff renewing

3  them after he has filed notice of his release and updated his address.[1]

4      Accordingly, Plaintiff's Motions (ECF Nos. 144, 149) are DENIED AS MOOT

5  without prejudice to renewal after Plaintiff's release.

6

7

8      IT IS SO ORDERED.

9  Dated:   **September 29, 2025**

10                              Hon. Daniel J. Calabretta
                               UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  [1] As the Court noted at the August 15, 2025 hearing, Plaintiff's motion to secure the appearance of witnesses addressed both incarcerated and unincarcerated witnesses.  Plaintiff does not need leave of the Court to obtain subpoenas for unincarcerated witnesses.

28